## T. A. BELL AND ANOTHER v. H. JOYCE, GUARDIAN, ETC.

1. In a suit on a note made in 1863 and due January 1, 1864, for one hundred and fifty dollars, " to be paid in the common currency at the maturity of this note," the defendants answered that the word " dollars " in the note meant dollars in the treasury notes of the so-called Confederate States; that such notes were the common currency of the country at the maturity of the note sued on; and that they tendered such currency in payment of the note sued on, when the same fell due. The court below sustained general exceptions to the answer. *Held*, in accordance with repeated decisions of this court, that the ruling was error.

---

---

APPEAL from Harrison. · Tried below before Hon. J. B. Williamson.

The head note states all the material facts.

*N. H. Wilson*, for the appellant.

*W. Steadman*, and *Moore & Shelley*, for the appellees.

WALKER, J.—The court erred in sustaining the exception to the special answer of the defendant, first filed.

And in accordance with the repeated rulings of this court the judgment of the district court is reversed and cause remanded.

Reversed and remanded.